DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL QUESADA-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.07-230-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE STATUS** |
| v. ) | **CONFERENCE; ORDER ON EXCLUSION OF** |
| ) | **TIME** |
| ) | |
| ) | Date: April 4, 2008 |
| MANUEL QUESADA-PADILLA, ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for March 14, 2008 be continued to April 4, 2008.

This continuance is requested because the probation department has prepared a pre-plea presentence report in this fast-track immigration case.  The parties have just received the report and need additional time to review it and negotiate a plea agreement.  Defense counsel needs additional time to discuss the case with Mr. Quesada-Padilla.

Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

April 4, 2008, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

                                        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: March 13, 2008           /s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
MANUEL QUESADA-PADILLA

McGREGOR SCOTT
United States Attorney

DATED: March 13, 2008           /s/ RACHELLE BARBOUR
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: March 14, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge