DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL QUESADA-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL QUESADA-PADILLA,<br><br>　　　　Defendant. | NO. CR.07-230-GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: April 25, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for April 4, 2008 be continued to April 25, 2008.

　　This continuance is requested because the probation department has prepared a pre-plea presentence report in this fast-track immigration case.  The parties have received the report and need additional time to review it and negotiate a plea agreement.  Defense counsel needs additional time to discuss the case with Mr. Quesada-Padilla.

　　Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

1  April 25, 2008, should be excluded in computing the time within which
2  trial must commence under the Speedy Trial Act, pursuant to Title 18
3  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: April 3, 2008                    /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MANUEL QUESADA-PADILLA


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: April 3, 2008                    /s/ RACHELLE BARBOUR
                                        KYLE REARDON
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: April 4, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge